IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAUTIFUL SLIDES, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MAY ALLEN,<br><br>　　　　　Defendant. | Case No. 17-cv-01091-MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On March 20, 2017, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith a chambers copy of their complaint, filed March 2, 2017.

**IT IS SO ORDERED.**

Dated: March 27, 2017

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge