WILLIAM J. FRIMEL (Bar No. 160287)
Seubert French Frimel & Warner LLP
1075 Curtis Street
Menlo Park, CA 94025
Tel: 650.322.3048
Fax: 650.833.2976

Attorneys for Plaintiffs
BEAUTIFUL SLIDES, INC. and MITCH GRASSO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAUTIFUL SLIDES, INC. and MITCH GRASSO,<br><br>    Plaintiffs,<br><br>    v.<br><br>MAY ALLEN,<br><br>    Defendant. | Case No. 3:17-cv-01091-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON COUNTER-DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| MAY ALLEN,<br><br>    Counterclaimant,<br><br>    v.<br><br>BEAUTIFUL SLIDES, INC., MITCH GRASSO, and DOES 1-100,<br><br>    Counter-Defendants. | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, a hearing on Plaintiffs and Counter-Defendants Beautiful Slides, Inc.'s and Mitch Grasso's ("Counter-Defendants") Motion to Dismiss (the "Motion") is currently noticed for July 14, 2017;

WHEREAS, a case management conference is presently scheduled for June 9, 2017;

WHEREAS, due to the parties' counsel's scheduling conflicts, the parties wish to reschedule the foregoing dates so that both the hearing on the Motion and the case management conference are set for July 21, 2017.

NOW, THEREFORE, the parties hereby stipulate that the hearing on the Motion and the case management conference in the above-referenced matter shall be rescheduled to July 21, 2017.

Dated: May 4, 2017

SEUBERT FRENCH FRIMEL & WARNER LLP

By: [signature]

WILLIAM J. FRIMEL
Attorneys for Plaintiffs and Counter-Defendants
BEAUTIFUL SLIDES, INC. and MITCH GRASSO

Dated: May 3, 2017

WOOD ROBBINS LLP

By: [signature] Kristen Drake

GREGORY J. WOOD Kristen E. Drake
Attorneys for Defendant and Counterclaimant
MAY ALLEN

//

//

-1-

# [PROPOSED] ORDER

Good cause appearing and the parties having so stipulated, IT IS HEREBY ORDERED that the hearing on Counter-Defendants' Motion to Dismiss is ~~, and the case management conference currently set for June 9, 2017, are~~ hereby rescheduled to July 21, 2017 at 9 a.m.

IT IS FURTHER ORDERED that the case management conference is rescheduled to August 25, 2017.[1]

Dated: May 5, 2017

By: /s/ Maxine M. Chesney
Hon. Maxine M. Chesney
United States District Judge

---

[1] The Court finds it preferable to conduct the case management conference after the pleadings are settled.