# EXHIBIT D

WOOD ROBBINS, LLP
Gregory J. Wood (CA SBN 200780)
gwood@woodrobbins.com
B. Douglas Robbins (CA SBN 219413)
drobbins@woodrobbins.com
Kristen E. Drake (CA SBN 202827)
kdrake@woodrobbins.com
One Post Street, Suite 800
San Francisco, CA 94104
T: (415) 247-7900
F: (415) 247-7901

Attorneys for Defendant and Counterclaimant
MAY ALLEN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAUTIFUL SLIDES, INC., a Delaware corporation; and MITCH GRASSO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MAY ALLEN, an individual,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION. | Case No.: 4:17-cv-01091(KAW)<br><br>**DEFENDANT AND COUNTERCLAIMANT MAY ALLEN'S NOTICE OF DEPOSITION OF PLAINTIFF MITCH GRASSO AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Date:      Wednesday, September 6, 2017<br>Time:      9:00 a.m.<br>Location:  1 Post St., Suite 800<br>           San Francisco, CA 94104 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 30, Defendant MAY ALLEN ("Allen"), will take the deposition of Plaintiff MITCH GRASSO ("Grasso") on Wednesday, September 6, 2017, at Wood Robbins, LLP, One Post St., Suite 800, San Francisco, CA 94104.

The deposition will be taken pursuant to FRCP 30 *et seq.* and before a Certified Shorthand Reporter. If this deposition is not completed on said date, the taking thereof will

1

ALLEN'S NOTICE OF DEPO OF GRASSO AND REQUEST FOR PRODUCTION OF DOCUMENT
CASE NO.: 3:17-cv-01091-MMC

1  continue from day to day thereafter, at the same time and place, excluding Saturdays, Sundays
2  and holidays, until completed.
3       PLEASE TAKE FURTHER NOTICE that Allen intends to record the testimony of the
4  deponent by audio and/or video technology in addition to intending to record the testimony of
5  the deponent by stenographic method through the instant visual display of the testimony. If
6  deponent requires an interpreter, written notice must be given to this office at least five (5)
7  business days prior to said deposition.
8       A list of all parties or attorneys for parties on whom this Notice of Deposition is served is
9  shown on the accompanying Proof of Service.
10       YOU ARE FURTHER NOTIFIED THAT Allen demands that Grasso produce the
11  following documents at the deposition:

**DEFINITIONS**

13  1.    As used herein, the term "ALLEN" refers to Defendant May Allen.
14  2.    As used herein, the terms "YOU" or "YOUR" refer to and include MITCH
15  GRASSO and each person and/or entity acting on his behalf, including but not limited to his
16  agents, assigns, and representatives.
17  3.    As used herein, the term "DEFENDANTS" refers to Defendants Beautiful Slides,
18  Inc. and Mitch Grasso.
19  4.    The term "BEAUTIFUL SLIDES" means the Beautiful Slides project that is the
20  subject of the parties' complaint and counterclaim in this action. To the extent the responding
21  party believes there is a difference between the project described in the complaint and the project
22  described in the counterclaim, the request seeks documents related to both unless otherwise
23  specified.
24  5.    As used herein, the term "DOCUMENTS" means each and every original or copy
25  of words or information by printing, typing, longhand, electronic recording, or other process,
26  regardless of the form thereof. Such term includes, but is not limited to, published materials,
27  reports, correspondence, records, memoranda, notices, notes, marginal notations, messages,
28  teletype printouts, statements, books, studies, minutes, diagrams, drawings, maps, surveys, plans,

1  charts, graphs, data, computer files, computer tapes, computer disks, computer printouts,
2  appointment books, telephone message tapes, telephone message slips, drafts, checks, money
3  orders, invoices, billings, evaluations, photographs, audiotapes and videotapes.

## REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to May Allen.

**REQUEST FOR PRODUCTION NO. 2:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to the development of BEAUTIFUL SLIDES.[1]

**REQUEST FOR PRODUCTION NO. 3:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to the solicitation of investment in BEAUTIFUL SLIDES.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to the formation of Beautiful Slides, Inc.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to investment in Beautiful Slides, Inc.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to any agreements between Mitch Grasso and Beautiful Slides, Inc.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to any agreements between Mitch Grasso and any investor in Beautiful Slides, Inc.

---

[1] See definition at para. 4.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to any agreements between Beautiful Slides, Inc. and any investor in Beautiful Slides, Inc.

**REQUEST FOR PRODUCTION NO. 9:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to agreements to which Beautiful Slides, Inc. is a party that relate to the developments of corporate assets.

**REQUEST FOR PRODUCTION NO. 10:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to agreements to which Beautiful Slides, Inc. is a party and that relate to the sale or potential sale of corporate assets.

**REQUEST FOR PRODUCTION NO. 11:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to the value of BEAUTIFUL SLIDES.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to the value of Beautiful Slides, Inc.

**REQUEST FOR PRODUCTION NO. 13:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to the assets of Beautiful Slides, Inc.

**REQUEST FOR PRODUCTION NO. 14:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to the value of Beautiful Slides, Inc.'s assets.

**REQUEST FOR PRODUCTION NO. 15:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to copyrights in which Mitch Grasso claims an interest.

**REQUEST FOR PRODUCTION NO. 16:**

Any and all non-privileged DOCUMENTS that reflect, refer or relate to copyrights in which Beautiful Slides, Inc. claims an interest.

**REQUEST FOR PRODUCTION NO. 17:**

Any and all non-privileged DOCUMENTS that support defendants' contention, if they are making it, that May Allen was not a partner with Mitch Grasso under California law.

**REQUEST FOR PRODUCTION NO. 18:**

Any and all non-privileged DOCUMENTS that support defendants' contention, if they are making it, that May Allen was not equal partners with Mitch Grasso under California law.

**REQUEST FOR PRODUCTION NO. 19:**

Any and all non-privileged DOCUMENTS that support defendants' contention, if they are making it, that May Allen is not entitled to half of every benefit enjoyed by Mitch Grasso resulting from BEAUTIFUL SLIDES *as described in the complaint.*

**REQUEST FOR PRODUCTION NO. 20:**

Any and all non-privileged DOCUMENTS that support defendants' contention, if they are making it, that May Allen is not entitled to half of every benefit enjoyed by Mitch Grasso resulting from Beautiful Slides, Inc.

**REQUEST FOR PRODUCTION NO. 21:**

Any and all non-privileged DOCUMENTS that support defendants' contention, if they are making it, that the BEAUTIFUL SLIDES project as described in the complaint and the BEAUTIFUL SLIDES project as described in the counterclaim are different.

**REQUEST FOR PRODUCTION NO. 22:**

Any and all non-privileged DOCUMENTS that support defendants' contention, if they are making it, that the BEAUTIFUL SLIDES project as described in the complaint is not a derivative of the BEAUTIFUL SLIDES project as described in the counterclaim.

Dated: August 23, 17                                    WOOD ROBBINS, LLP

                                                        By: *Kristen Drake*
                                                        Kristen E. Drake
                                                        Attorneys for Defendant and
                                                        Counterclaimant MAY ALLEN

## CERTIFICATE OF SERVICE

I, Cristina D. Herrera, hereby certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is One Post Street, Suite 800, San Francisco, California 94014. On the 24 August 2017, I caused to be served a copy of the foregoing:

**DEFENDANT AND COUNTERCLAIMANT MAY ALLEN'S NOTICE OF DEPOSITION OF PLAINTIFF MITHC GRASSO AND REQUEST FOR PRODUCTION OF DOCUMENTS**

By the method indicated below, and addressed to the following party(ies):

William J. Frimel, Esq.
SEUBERT FRENCH FRIMEL & WARNER LLP
1075 Curtis Street
Menlo Park, CA 94025
Tel: 650.322.3048
Fax: 650.833.2976

_____ Placing the same in the United States Mail, postage prepaid

_____ Sent by fax

__X__ Hand-delivered

_____ Sent by overnight mail, fees paid (e.g., FedEx or UPS)

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 24 August 2017.

_/s/ Cristina D. Herrera_
Cristina D. Herrera